UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES E. SMITH,  :
:
    Petitioner  :  No. 1:17-CV-00427
:
  vs.  :  (Judge Kane)
:
COMMONWEALTH OF PENNSYVANIA,  :
et al.,  :
:
:
    Respondents  :

## ORDER

**AND NOW**, this 28th day of April 2017, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is dismissed without prejudice.
2. A certificate of appealability is denied. 28 U.S.C. § 2253(c).
3. The Clerk of Court is directed to close this case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania