# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. SMITH, : | |
|     Petitioner : | |
| : | No. 1:17-cv-00427 |
| v. : | |
| : | (Judge Kane) |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, et al., : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 7th day of March 2018, upon consideration of Petitioner's motion for reconsideration (Doc. No. 8), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for reconsideration (Doc. No. 8), is **DENIED**; and
2. This case shall remain **CLOSED**.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania